**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
    **Deborah Lynn Baker**　　　　　　　　　　Case No.: **10–79320–crm**
    　　　　　　　　　　　　　　　　　　　　　　Chapter: **7**
    　　　　　　　　　　　　　　　　　　　　　　Judge: **C. Ray Mullins**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**　　　　　　　　**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition:**　　　　　　**From the Date of Filing of the Petition**
N/A

    　　　　　　　　　　　　　　　　　　　　　　Statement of Intention

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A


**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)
Summary of Schedules, Page 1 (Form 6–Summary)
Statistical Summary (Form 6–Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203
Certification of Notice to Individual Consumer Debtor under 342(b) (Form 201B)
Statement of Current Monthly Income (Form 22A) (Ch 7)
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.


Dated: 7/6/10　　　　　　　　　　　M. Regina Thomas
　　　　　　　　　　　　　　　　　　Clerk of Court

Form 430　　　　　　　　　　　　　By: Jackie L. Dukes – Intake – Atlanta
　　　　　　　　　　　　　　　　　　　　Deputy Clerk