Supplemental Matrix

Acworth Family Medicine
5150 Stilesboro Rd NW
Kennesaw, GA 30152

AFNI
404 Brock Drive
Bloomington, IL 61701

AFNI
P.O. Box 3427
Bloomington, IL 61702

Applied Card Bank
800 Delaware Ave
Wilmington, DE 19801

Automobile Acceptance Corp.
P.O. Box 961926
Riverdale, GA 30296-6914

Bank of America
201 N. Tryon Street
Charlotte, NC 28255

Bank of America
P.O. Box 650260
Dallas, TX 75265-0260

Blockbuster Video
270 Cobb Parkway South
Suite A-1
Marietta, GA 30060

Capital Management Services
726 Exchange Street, Suite 700
Buffalo, NY 14210

Capital One
P.O. Box 85520
Internal Zip 12030
Richmond, VA 23285

Capital Recovery Corp

312 Maxwell Road
Ste 100
Alpharetta, GA 30004

D. Scott Carruthers
8448 Katella Avenue
Suite 100
Stanton, CA 90680

Dr. Michael Mulkey
5041 Dallas Highway
Bldg 2 Suite C
Powder Springs, GA 30127

Edge Center for Family
Dentistry
3420 Acworth Due West Rd Ste A
Kennesaw, GA 30144

First National Collection
Bureau
610 Waltham Way
Sparks, NV 89434

GC Services
Collection Agency Division
6330 Gulfton
Houston, TX 77081

Georgia Natural Gas
P.O. Box 723908
Atlanta, GA 31139-0908

Household Bank
P.O. Box 98706
Las Vegas, NV 89193

Kerri Seagraves
5549 Wright Rd.
Powder Springs, GA 30127

Macy's
PO Box 183083
Columbus, OH 43218-3083

Macy's
9111 Duke Drive
Mason, OH 45040

Malcom S. Gerald & Assoc
332 S. Michigan Avenue
Ste 600
Chicago, IL 60604

Marietta Dermatology Associate
900 Campbell Hill Street
Marietta, GA 30060

National Action Financial Svcs
3587 Parkway Lane
Norcross, GA 30010

National Action Financial Svcs
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14231-9027

North Georgia Dermatopathology
945 Church Street Extension
Marietta, GA 30060

Northside Cherokee
P.O. Box 101932
Atlanta, GA 30392-1932

Northside Hospital
P.O. Box 101757
Atlanta, GA 30392

Palmer Riefler & Associates
P.O. Box 607774
Orlando, FL 32860

Penncro Associates
P.O. Box 1878
Southampton, PA 18966-9998

Penncro Associates
98 James Way
Southampton, PA 18966

Pinnacle Credit Services
7900 Hwy 7
#100
Minneapolis, MN 55426

Quantum Radiology
P.O. Box 100023
Kennesaw, GA 30156

RJM Acquisitions
575 Underhill Boulevard
Ste 224
Syosset, NY 11791

Sprint PCS
P.O.Box 740602
Cincinnati, OH 45274-0602

Sprint PCS
PO Box 105243
Atlanta, GA 30348

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

The Manely Firm, PC
7 Atlanta Street
Suite C
Marietta, GA 30060

Tribute/FBOFD
245 Perimeter Center Park
Atlanta, GA 30346

Universal Fidelity
P.O. Box 941911
Houston, TX 77094-8911

Verizon Wireless
P.O. Box 620429
Atlanta, GA 30362

Wellstar Cobb Hospital
P.O. Box 406149

Atlanta, GA 30384-6149

Wellstar Kennestone Hospital
805 Sandy Plains Road
Marietta, GA 30066