UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
**Deborah Lynn Baker**

Case No.: **10–79320–crm**
Chapter: **7**
Judge: **C. Ray Mullins**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days From the Date of Filing of the Petition**
Statement of Intention

**To be filed within Seven (7) Days From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)
Summary of Schedules, Page 1 (Form 6–Summary)
Statistical Summary (Form 6–Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203
Certification of Notice to Individual Consumer Debtor under 342(b) (Form 201B)
Statement of Current Monthly Income (Form 22A) (Ch 7)
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

Dated: 7/6/10

M. Regina Thomas
Clerk of Court

Form 430

By: Jackie L. Dukes – Intake – Atlanta
   Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: jld              Page 1 of 1                Date Rcvd: Jul 06, 2010
Case: 10-79320                 Form ID: 430           Total Noticed: 4

The following entities were noticed by first class mail on Jul 08, 2010.
db           +Deborah Lynn Baker,    439 Holland Springs Drive,    Powder Springs, GA 30127-8313
aty          +Samuel D. Hicks,    Hicks, Casey & Foster, P. C.,    Suite 100,   136 North Fairground Street,
               Marietta, GA 30060-1533
tr            Dale R. F. Goodman,    Goodman & Goodman, P.C.,    Suite 200,   1303 Hightower Trail,
               Atlanta, GA  30350-2919
ust          +Office of the US Trustee,    Suite 362,   75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2010**                    Signature:    _Joseph Speetjens_