Filed in U.S. Bankruptcy Court
Atlanta, Georgia

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
1270 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303

JUL 8 2010

M. Regina Thomas, Clerk

By: _____
Deputy Clerk

CHAMBERS OF
**C. Ray Mullins**
JUDGE

404-215-1002

July 8, 2010

Kerri L. Seagraves
5549 Wright Road
Powder Springs, GA 30127

      Re: Deborah Lynn Baker, Ch. 7
      <u>Bankruptcy Case No. 10-79320-CRM</u>

Dear Mr. Seagraves:

    I am writing to bring to your attention Judge Mullins' Standing Order No. 1-CRM, a copy of which I have enclosed.

    You recently filed a motion in the above-styled case, but you have not filed a notice of hearing. As the enclosed order states, attorneys must now prepare, serve and file a notice of hearing with respect to motions filed in cases assigned to Judge Mullins (with certain exceptions explained in the court's open calendar procedure).

    You may obtain a copy of the instructions by visiting the open calendar procedure which include dates and times on which hearings may be set. Judge Mullins' web-site is www.ganb.uscourts.gov. or you may obtain this information in the Clerk's Office in Atlanta. Please note that any motion with respect to which a hearing is not properly set according to the court's instructions within twenty-five (25) days of the filing of the motion the same may be denied for failure to prosecute without further notice or hearing.

                                        Sincerely,

                                        Cheryl R. Hall
                                        Relief Courtroom Deputy Clerk
                                        (404)215-1075

Enclosure

cc: file