UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUL 09 2010 PM 03:11

H. REGINA THOMAS, CLERK

By Joe Cook
DEPUTY CLERK

IN RE:                              )   Case No.: 10-79320
                                    )
Deborah Lynn Baker                  )   Judge: Ray Mullins
                                    )
439 Holland Spr. Dr.                )   Chapter: 7
Powder Sprs. GA 30127               )
         Debtor(s).

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 7 day of July, 2010, I served a copy of Motion for Relief from Stay, which was filed in this bankruptcy matter on the 7 day of July, 2010.

---

Mode of service (circle one):     **MAIL**        HAND DELIVER

Name and Address of each party served:

Dale Goodman, Esq.                      Hicks, Casey, & Foster, P.C.
1303 Hightower Trail Suite 200          136 North Fairground Street
Atlanta, GA 30350                       Suite 100
                                        Marietta, GA 30060

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 7/7/10          Signature:     Kerri Seagraves

                       Printed Name:  Kerri Seagraves

                       Address:       5549 Wright Rd
                                      Powder Springs, GA 30127

                       Phone:         404-405-0222