Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUL 23 2010

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-79320-CRM |
| Deborah Lynn Baker, | CHAPTER 7 PETITION |
| Debtor. | JUDGE MULLINS |
| Kerri L. Seagraves, | |
| Movant, | |
| v. | CONTESTED MATTER |
| Deborah Lynn Baker, Debtor, and Dale R.F. Goodman, Chapter 7 Trustee, | |
| Respondents. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Kerri L. Seagraves has filed a Motion for Relief from Automatic Stay and related papers seeking an order for relief from automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from Automatic Stay in Courtroom 1203, United States Courthouse, 75 Spring Street, SW, Atlanta Georgia on August 12, 2010, at 10:00 am.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

DATED:   July 21, 2010

*Kerri L. Seagraves*
Kerri L. Seagraves
*Pro se*
5549 Wright Rd.
Powder Springs, GA 30127

### Certificate of Service

I, Kerri L. Seagraves, certify that I am over the age of 18 and that on July 21, 2010, I served a copy of the foregoing Notice of Hearing by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Dale R.F. Goodman
Goodman & Goodman, P.C.
Suite 200
1303 Hightower Trail
Atlanta, GA 30350-2919
*Bankruptcy Trustee*

Samuel D. Hicks
Hicks, Casey & Foster, P.C.
Suite 100
136 North Fairground St.
Marietta, GA 30060
*Counsel for Respondent Deborah Baker*

DATED:   July 21, 2010

*Kerri L. Seagraves*
Kerri L. Seagraves